OLUWOLE ADEGBORUWA #55516-048
FEDERAL CORRECTIONAL INSTITUTION
TERMINAL ISLAND
P.O. BOX 3007
SAN PEDRO, CA 90733-3007

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 0 5 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

OLUWOLE ADEGBORUWA
INMATE # 55516-048,
PLAINTIFF,

V.

LIBORIUS I. AGWARA,
LAW OFFICES OF LIBO AGWARA
4693 E. FLAMINGO RD.
LAS VEGAS, NV 89121,
DEFENDANT.

2:25-cv-00792-CDS-EJY

RE: MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

COMES NOW, THE PLAINTIFF, OLUWOLE ADEGBORUWA, AN INDIGENT INMATE AT FCI, TERMINAL ISLAND, CA, RESPECTFULLY MOVES THIS HONORABLE COURT FOR AN ORDER PERMITTING HIM TO PROCEED IN FORMA PAUPERIS PURSUANT TO 28 U.S.C. §1915. IN SUPPORT OF THIS MOTION, PLAINTIFF STATES AS FOLLOWS:

1. INDIGENCY: PLAINTIFF HAS BEEN INCARCERATED SINCE MAY 23, 2019 AND LACKS THE FINANCIAL RESOURCES TO PAY THE FILING FEES ASSOCIATED WITH THIS ACTION. ATTACHED TO THIS MOTION IS A ~~CERTIFIED~~

COPY OF PLAINTIFFS INMATE TRUST ACCOUNT STATEMENT, WHICH REFLECTS HIS CURRENT FINANCIAL STATUS.

2. CLAIM: PLAINTIFF SEEKS TO FILE A COMPLAINT AGAINST ATTORNEY LIBORIUS I. AGWARA, AKA LIBO AGWARA, A.K.A. LAW OFFICES OF LIBO AGWARA, LTD, WHO WAS RETAINED BY THE PLAINTIFF IN 2019 FOR THE SUM OF $35,000.00 U.S. DOLLARS. PLAINTIFF ALLEGES THAT BETWEEN MAY 2019 AND JUNE 2019, PLAINTIFF ENTERED INTO A CONTRACT WITH DEFENDANT FOR LEGAL REPRESENTATION IN A CRIMINAL MATTER PENDING IN THE UNITED STATES DISTRICT COURT IN THE DISTRICT OF UTAH WHICH LED TO THE ALLEGED BREACH OF CONTRACT, FAILURE TO PERFORM, MISAPPROPRIATION OF FUNDS, FRAUD, UNLAWFUL PRACTICE OF LAW, AND PROFESSIONAL MISCONDUCT.

3. LEGAL STANDARD: UNDER 28 U.S.C. §1915(a)(1), A COURT MAY ALLOW A PERSON TO PROCEED IN FORMA PAUPERIS IF THE PERSON DEMONSTRATES AN INABILITY TO PAY THE COST OF THE SUIT. THE NINTH CIRCUIT HAS HELD THAT THE DETERMINATION OF INDIGENCY IS MADE BASED ON THE INDIVIDUAL'S CIRCUMSTANCES (SEE ADKINS V. E.I. DU PONT DE NEMOURS & CO., 335 U.S. 331 (1948); WILLIAMS V. MCKENZIE, 64 F.3d 455 (9th CIR. 1995)).

4. CASE LAW SUPPORT: THE NINTH CIRCUIT HAS CONSISTENTLY RECOGNIZED THAT A PLAINTIFF NEED NOT BE COMPLETELY DESTITUTE TO QUALIFY FOR IN FORMA PAUPERIS STATUS. IN OLIVARES V. MARSHALL, 59 F.3d 1090 (9th CIR. 1995), THE COURT STATED THAT THE FOCUS SHOULD BE ON THE OVERALL FINANCIAL CONDITION OF THE APPLICANT RATHER THAN JUST THE BALANCE IN THEIR PRISON ACCOUNT.

5. CONCLUSION: GIVEN THE PLAINTIFF'S CURRENT FINANCIAL SITUATION, HE RESPECTFULLY REQUESTS THAT THIS COURT GRANT HIS MOTION

To proceed in forma pauperis, allowing him to pursue his claims against Attorney Liborius I. Agwara and Law Offices of Libo Agwara, LTD, without the burden of filing fees.

## MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

### INTRODUCTION

This memorandum supports the motion for leave to proceed in forma pauperis filed by Plaintiff, Oluwole Adegboruwa. The statutory and case law governing this motion allows indigent individuals to seek relief without incurring the prohibitive cost of litigation.

### LEGAL STANDARD FOR IN FORMA PAUPERIS STATUS

28 U.S.C. §1915(a)(1) provides that "any court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor, such by a person who submits an affidavit that includes statement of all assets such prisoner possesses".

The case law in the Ninth Circuit supports this standard, allowing for a broader interpretation of what constitutes "indigency." Factors such as the individual's income, obligations, and overall financial condition should be considered.

### PLAINTIFF'S FINANCIAL CONDITION

I, Plaintiff, Oluwole Adegboruwa, state that because of my

3 of 5

POVERTY I AM UNABLE TO PAY THE COST OF THE SAID CIVIL PROCEEDING OR TO GIVE SECURITY THEREFOR; THAT I BELIEVE I AM ENTITLED TO RELIEF.

1. I AM PRESENTLY IN PRISON AND UNEMPLOYED. THE DATE OF MY EMPLOYMENT WAS MAY 23, 2019 ON A MONTHLY SALARY OF $3000.00 U.S. DOLLARS PER MONTH

2. WITHIN THE LAST TWELVE MONTHS, I HAVE RECEIVED GIFTS FROM EX-WIVES, CURRENT FIANCEE, AND FRIENDS. I HAVE RECEIVED TOTAL OF $600.00 PER MONTH IN THE LAST 4 MONTHS TO HELP BUY COMMISSARY AND PAY FOR ACCESS TO COMMUNICATION WITH FAMILY. ALSO THE ABOVE IS HELPING TO PAY FOR MY REHABILITATION IN PROCEEDING TO ACQUIRE LICENSE OF PARA LEGAL WHILE IN PRISON.

3. I DO NOT OWN ANY CASH NOR DO I HAVE MONEY IN ANY CHECKING OR SAVINGS ACCOUNT EXCEPT THE AMOUNT OF $393.02 IN MY PRISON ACCOUNT AS AT THIS 28th DAY OF APRIL, 2025.

4. I DO NOT OWN ANY REAL ESTATE, STOCKS, BONDS, NOTES, AUTOMOBILES, OR OTHER VALUABLE PROPERTY.

5. I CURRENTLY HAVE TWO (2) DEPENDENT CHILDREN WHO I HAVE NOT BEEN ABLE TO CONTRIBUTE ANY AMOUNT TO SUPPORT THEM SINCE MY DETENTION OF MAY 23, 2019.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. PURSUANT TO 28 U.S.C. §1746

EXECUTED ON APRIL 30, 2025.                                    04/30/25

OLUWOLE ADEGBORUWA
#55516-048

4 OF 5

# CERTIFICATE

I HEREBY CERTIFY THAT PETITIONER/PLAINTIFF, OLUWOLE ADEGBORUWA HAS THE SUM OF $393.32 ON ACCOUNT TO HIS CREDIT AT FEDERAL CORRECTIONAL INSTITUTION, TERMINAL ISLAND, CA WHERE HE IS CONFINED. I FURTHER CERTIFY THAT PLAINTIFF LIKEWISE HAS NO SECURITIES TO HIS CREDIT ACCORDING TO THE RECORDS OF SAID INSTITUTION. (SEE ATTACHED TRULINCS ACCOUNT TRANSACTIONS FOR BOTH DOLLAR AMOUNT AND TIME UNITS)

04-29-2025                                    C/O COPY OF TRULINCS ACCOUNT

DATE                                    AUTHORIZED OFFICER OF INSTITUTION

N/A

TITLE OF OFFICER

Date:   04/29/2025                                                                              Location: TRM
Time:   11:34:09 AM

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
## Personal Inmate Information

| Inmate No: 55516048 | Inmate Name: ADEGBORUWA, OLUWOLE | Available Balance: $393.32 |
|---|---|---|

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|---|---|---|---|---|
| 04/23/2025 | 90 | Sales | | -$64.35 |
| 04/18/2025 | 9 | Sales | | -$2.60 |
| 04/17/2025 | 57 | Sales | | -$43.30 |
| 04/16/2025 | TL0416 | TRUL Withdrawal | | -$30.00 |
| 04/10/2025 | 33325100 | Western Union | STANLEY | $200.00 |
| 04/09/2025 | 91 | Sales | | -$1.35 |
| 04/09/2025 | 90 | Sales | | -$98.25 |
| 04/04/2025 | 58 | Sales | | $0.00 |
| 04/03/2025 | TL0403 | TRUL Withdrawal | | -$30.00 |
| 04/03/2025 | 29 | Sales | | -$155.80 |
| 04/03/2025 | 28 | Sales | | -$58.20 |

Inmate #: 55516048

Date:   04/29/2025                                                                                    Location: TRM
Time:   11:35:52 AM

**Federal Bureau of Prisons** *EMAILS*
TRULINCS Account Transactions - TRULINCS *& PRINTINGS*
Personal Inmate Information

*COSP OF*

Inmate No: 55516048   Inmate Name: ADEGBORUWA, OLUWOLE        Available Balance: (1261 *MINUTES/UNITS*)

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|---|---|---|---|---|---|
| 3/31/2025 2:12:53 PM | Print Fee | 1257 | -3 | | 1254 |
| 3/31/2025 9:55:59 AM | Print Fee | 1290 | -33 | | 1257 |
| 3/30/2025 5:42:56 PM | Session Fee | 1291 | -1 | | 1290 |
| 3/30/2025 5:41:09 PM | Session Fee | 1292 | -1 | | 1291 |
| 3/30/2025 11:54:52 AM | Session Fee | 1304 | -12 | | 1292 |
| 3/30/2025 8:38:54 AM | Session Fee | 1305 | -1 | | 1304 |
| 3/29/2025 6:46:46 PM | Session Fee | 1314 | -9 | | 1305 |
| 3/29/2025 6:37:25 PM | Session Fee | 1315 | -1 | | 1314 |
| 3/29/2025 12:36:03 PM | Session Fee | 1320 | -5 | | 1315 |
| 3/29/2025 11:07:36 AM | Print Fee | 1335 | -15 | | 1320 |
| 3/29/2025 10:42:07 AM | Print Fee | 1353 | -18 | | 1335 |
| 3/28/2025 6:39:25 PM | Session Fee | 1362 | -9 | | 1353 |
| 3/28/2025 2:15:32 PM | Print Fee | 1365 | -3 | | 1362 |
| 3/28/2025 10:51:42 AM | Session Fee | 1371 | -6 | | 1365 |
| 3/28/2025 9:56:33 AM | Print Fee | 1380 | -9 | | 1371 |
| 3/27/2025 6:57:58 PM | Inmate Purchase | 780 | 600 | | 1380 |
| 3/27/2025 6:46:44 PM | Session Fee | 786 | -6 | | 780 |
| 3/27/2025 3:15:55 PM | Print Fee | 801 | -15 | | 786 |
| 3/27/2025 11:31:40 AM | Session Fee | 811 | -10 | | 801 |
| 3/27/2025 9:57:06 AM | Print Fee | 844 | -33 | | 811 |
| 3/27/2025 7:01:42 AM | Print Fee | 859 | -15 | | 844 |
| 3/27/2025 6:59:27 AM | Session Fee | 860 | -1 | | 859 |
| 3/26/2025 6:38:17 PM | Print Fee | 869 | -9 | | 860 |
| 3/26/2025 3:31:55 PM | Session Fee | 877 | -8 | | 869 |
| 3/26/2025 2:46:44 PM | Session Fee | 890 | -13 | | 877 |
| 3/26/2025 2:32:48 PM | Session Fee | 891 | -1 | | 890 |
| 3/26/2025 11:54:04 AM | Session Fee | 902 | -11 | | 891 |
| 3/26/2025 11:42:47 AM | Session Fee | 906 | -4 | | 902 |
| 3/26/2025 7:44:37 AM | Session Fee | 921 | -15 | | 906 |
| 3/26/2025 7:13:28 AM | Print Fee | 957 | -36 | | 921 |
| 3/26/2025 7:10:15 AM | Session Fee | 962 | -5 | | 957 |
| 3/25/2025 6:55:04 PM | Session Fee | 967 | -5 | | 962 |

Inmate #: 55516048

Date:   04/29/2025                                                                    Location: TRM
Time:   11:35:52 AM

## Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
## Personal Inmate Information

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|---|---|---|---|---|---|
| 3/25/2025 3:28:51 PM | Print Fee | 970 | -3 | | 967 |
| 3/25/2025 2:06:55 PM | Print Fee | 988 | -18 | | 970 |
| 3/25/2025 11:29:10 AM | Session Fee | 1002 | -14 | | 988 |
| 3/25/2025 10:58:28 AM | Print Fee | 1005 | -3 | | 1002 |
| 3/25/2025 10:56:40 AM | Session Fee | 1020 | -15 | | 1005 |
| 3/24/2025 3:15:01 PM | Print Fee | 1056 | -36 | | 1020 |
| 3/24/2025 11:40:43 AM | Session Fee | 1059 | -3 | | 1056 |
| 3/24/2025 11:37:34 AM | Session Fee | 1071 | -12 | | 1059 |
| 3/24/2025 9:58:03 AM | Print Fee | 1074 | -3 | | 1071 |
| 3/23/2025 12:11:01 PM | Session Fee | 1075 | -1 | | 1074 |
| 3/22/2025 7:50:01 PM | Print Fee | 1087 | -12 | | 1075 |
| 3/22/2025 7:46:47 PM | Session Fee | 1101 | -14 | | 1087 |
| 3/22/2025 3:12:11 PM | Session Fee | 1102 | -1 | | 1101 |
| 3/22/2025 3:12:02 PM | Session Fee | 1103 | -1 | | 1102 |
| 3/22/2025 2:36:09 PM | Session Fee | 1118 | -15 | | 1103 |
| 3/22/2025 1:12:39 PM | Print Fee | 1133 | -15 | | 1118 |
| 3/22/2025 1:09:29 PM | Session Fee | 1148 | -15 | | 1133 |
| 3/22/2025 9:53:22 AM | Print Fee | 1190 | -42 | | 1148 |
| 3/21/2025 9:57:28 AM | Print Fee | 1238 | -48 | | 1190 |
| 3/20/2025 7:24:30 PM | Session Fee | 1239 | -1 | | 1238 |
| 3/20/2025 2:24:30 PM | Print Fee | 1308 | -69 | | 1239 |
| 3/20/2025 11:41:09 AM | Session Fee | 1323 | -15 | | 1308 |
| 3/20/2025 11:08:10 AM | Inmate Purchase | 723 | 600 | | 1323 |
| 3/20/2025 11:07:39 AM | Session Fee | 738 | -15 | | 723 |
| 3/19/2025 7:32:55 PM | Session Fee | 742 | -4 | | 738 |
| 3/19/2025 6:22:15 PM | Print Fee | 745 | -3 | | 742 |
| 3/19/2025 6:21:24 PM | Session Fee | 746 | -1 | | 745 |
| 3/19/2025 9:53:26 AM | Print Fee | 782 | -36 | | 746 |
| 3/19/2025 7:28:23 AM | Session Fee | 783 | -1 | | 782 |
| 3/18/2025 7:12:02 PM | Session Fee | 794 | -11 | | 783 |
| 3/18/2025 6:24:02 PM | Session Fee | 809 | -15 | | 794 |
| 3/17/2025 7:23:14 PM | Session Fee | 813 | -4 | | 809 |
| 3/17/2025 9:14:37 AM | Print Fee | 894 | -81 | | 813 |

Inmate #: 55516048

Date:   04/29/2025                                                                                    Location: TRM
Time:   11:35:52 AM

# Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
## Personal Inmate Information

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|---|---|---|---|---|---|
| 3/17/2025 7:07:17 AM | Print Fee | 948 | -54 | | 894 |
| 3/17/2025 7:04:37 AM | Session Fee | 949 | -1 | | 948 |
| 3/16/2025 12:57:22 PM | Session Fee | 964 | -15 | | 949 |
| 3/15/2025 12:37:52 PM | Session Fee | 979 | -15 | | 964 |
| 3/15/2025 12:07:43 PM | Session Fee | 994 | -15 | | 979 |
| 3/15/2025 11:28:02 AM | Print Fee | 1009 | -15 | | 994 |
| 3/15/2025 11:24:32 AM | Session Fee | 1015 | -6 | | 1009 |
| 3/15/2025 10:32:59 AM | Print Fee | 1069 | -54 | | 1015 |
| 3/14/2025 2:55:55 PM | Print Fee | 1114 | -45 | | 1069 |
| 3/14/2025 12:09:36 PM | Session Fee | 1129 | -15 | | 1114 |
| 3/14/2025 11:38:14 AM | Inmate Purchase | 529 | 600 | | 1129 |
| 3/14/2025 11:37:57 AM | Session Fee | 544 | -15 | | 529 |
| 3/13/2025 7:22:36 PM | Session Fee | 559 | -15 | | 544 |
| 3/13/2025 6:50:35 PM | Session Fee | 574 | -15 | | 559 |
| 3/13/2025 11:47:36 AM | Session Fee | 589 | -15 | | 574 |
| 3/12/2025 2:28:52 PM | Print Fee | 592 | -3 | | 589 |
| 3/12/2025 2:28:11 PM | Session Fee | 593 | -1 | | 592 |
| 3/12/2025 11:16:56 AM | Session Fee | 600 | -7 | | 593 |
| 3/11/2025 6:10:46 PM | Session Fee | 615 | -15 | | 600 |
| 3/11/2025 2:19:04 PM | Print Fee | 624 | -9 | | 615 |
| 3/11/2025 11:52:17 AM | Session Fee | 625 | -1 | | 624 |
| 3/11/2025 11:18:52 AM | Session Fee | 626 | -1 | | 625 |
| 3/11/2025 6:52:18 AM | Session Fee | 627 | -1 | | 626 |
| 3/10/2025 6:11:25 PM | Session Fee | 642 | -15 | | 627 |
| 3/10/2025 12:58:00 PM | Print Fee | 699 | -57 | | 642 |
| 3/10/2025 10:05:54 AM | Session Fee | 707 | -8 | | 699 |
| 3/10/2025 9:38:08 AM | Session Fee | 722 | -15 | | 707 |
| 3/8/2025 1:58:57 PM | Session Fee | 737 | -15 | | 722 |
| 3/8/2025 11:06:53 AM | Print Fee | 842 | -105 | | 737 |
| 3/8/2025 8:39:25 AM | Session Fee | 843 | -1 | | 842 |
| 3/7/2025 3:21:00 PM | Session Fee | 858 | -15 | | 843 |
| 3/7/2025 3:04:28 PM | Media Fee | 1266 | -408 | | 858 |
| 3/7/2025 2:15:43 PM | Print Fee | 1272 | -6 | | 1266 |

Inmate #: 55516048

# Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
## Personal Inmate Information

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|---|---|---|---|---|---|
| 3/7/2025 2:02:56 PM | Session Fee | 1284 | -12 | | 1272 |
| 3/7/2025 1:25:33 PM | Print Fee | 1305 | -21 | | 1284 |
| 3/6/2025 9:39:12 AM | Print Fee | 1317 | -12 | | 1305 |
| 3/5/2025 5:30:42 PM | Print Fee | 1344 | -27 | | 1317 |
| 3/5/2025 5:30:28 PM | Print Fee | 1353 | -9 | | 1344 |
| 3/5/2025 5:28:17 PM | Session Fee | 1354 | -1 | | 1353 |
| 3/5/2025 2:29:52 PM | Print Fee | 1357 | -3 | | 1354 |
| 3/5/2025 2:24:11 PM | Session Fee | 1359 | -2 | | 1357 |
| 3/5/2025 11:48:05 AM | Session Fee | 1372 | -13 | | 1359 |
| 3/5/2025 11:28:56 AM | Session Fee | 1374 | -2 | | 1372 |
| 3/5/2025 7:00:41 AM | Session Fee | 1377 | -3 | | 1374 |
| 3/4/2025 7:26:45 PM | Session Fee | 1382 | -5 | | 1377 |
| 3/4/2025 6:53:16 PM | Session Fee | 1383 | -1 | | 1382 |
| 3/4/2025 6:51:36 PM | Session Fee | 1397 | -14 | | 1383 |
| 3/4/2025 6:10:40 PM | Session Fee | 1411 | -14 | | 1397 |
| 3/4/2025 9:11:02 AM | Session Fee | 1415 | -4 | | 1411 |
| 3/4/2025 9:04:34 AM | Session Fee | 1416 | -1 | | 1415 |
| 3/3/2025 7:14:30 PM | Session Fee | 1429 | -13 | | 1416 |
| 3/3/2025 6:31:40 PM | Session Fee | 1437 | -8 | | 1429 |
| 3/3/2025 6:23:48 PM | Session Fee | 1438 | -1 | | 1437 |
| 3/3/2025 2:18:57 PM | Inmate Purchase | 838 | 600 | | 1438 |
| 3/3/2025 2:15:58 PM | Media Fee | 911 | -73 | | 838 |
| 3/3/2025 1:43:21 PM | Print Fee | 935 | -24 | | 911 |
| 3/3/2025 11:53:50 AM | Session Fee | 950 | -15 | | 935 |
| 3/3/2025 11:38:14 AM | Media Fee | 1078 | -128 | | 950 |
| 3/2/2025 12:12:47 PM | Session Fee | 1079 | -1 | | 1078 |
| 3/2/2025 11:56:10 AM | Session Fee | 1086 | -7 | | 1079 |
| 3/2/2025 7:58:50 AM | Inmate Purchase | 486 | 600 | | 1086 |
| 3/2/2025 7:58:01 AM | Media Fee | 966 | -480 | | 486 |
| 3/2/2025 7:46:36 AM | Session Fee | 968 | -2 | | 966 |
| 3/1/2025 1:24:44 PM | Print Fee | 980 | -12 | | 968 |

Inmate #: 55516048