UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| OLUWOLE ADEGBORUWA,<br><br>Plaintiff,<br><br>v.<br><br>LIBORIUS I. AGWARA, et al.,<br><br>Defendants. | Case No. 2:25-cv-00792-CDS-EJY<br><br>**ORDER** |

Plaintiff, proceeding *pro se*, submitted a Motion for Leave to Proceed In Forma Pauperis ("IFP") together with a Compliant on May 5, 2025. ECF Nos. 1, 1-1. Plaintiff also filed a Motion for Video Appearance and Motion to Compel Discovery. ECF Nos. 1-2, 1-3. The Court finds Plaintiff's Motion for Video Appearance and Motion to Compel are premature as the Complaint has yet to be screened, no defendant has been served, and there is nothing before the Court that is scheduled for a hearing.

Plaintiff's IFP application is not on this Court's approved form and fails to include Plaintiff's inmate financial certificate and trust fund account statement for the previous six-month period. Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to commence a civil action without prepaying the $405 filing fee may apply to proceed *in forma pauperis*. To do so, Plaintiff must submit **three** required documents to the Court. These include: (1) a completed **Application to Proceed *in forma pauperis* for Inmate**, on this Court's approved form (*i.e.* pages 1 through 3 with the inmate's two signatures on page 3), (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to Proceed In Forma Pauperis (ECF No. 1) is DENIED without prejudice.

1    IT IS FURTHER ORDERED that on or before **June 30, 2025**, Plaintiff must either pay the $405 filing fee to commence a civil action or file with the Court: (1) a complete **Application to Proceed *in Forma Pauperis* for Inmate** on the Court's approved form; (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that the Clerk of the Court must send Plaintiff the approved form application to proceed *in forma pauperis* for inmate along with the information and instructions for filing the same.

IT IS FURTHER ORDERED that Plaintiff's Motion for Video Appearance (ECF No. 1-2) and Motion to Compel Discovery (ECF No. 1-3) are DENIED.

IT IS FURTHER ORDERED that the Court will retain Plaintiff's Complaint (ECF No. 1-1), but will not file it at this time.

Dated this 23rd day of May, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE